### 3978. DURRETT v. THE STATE.

RUSSELL, J. There was no error of law on the trial; and though the evidence of the defendant's guilt is far from satisfactory, yet as the verdict received the approval of the trial judge, his judgment refusing the motion for new trial will not be reversed.      *Judgment affirmed.*

DECIDED NOVEMBER 27, 1912.

Indictment for arson; from Hart superior court—Judge Meadow. December 11, 1911.

*A. A. McCurry, A. S. Skelton,* for plaintiff in error.

*Thomas J. Brown, solicitor-general, A. G. & Julian McCurry,* contra.

---

### 4221. HENDERSON v. THE STATE.

RUSSELL, J. The accused was indicted for assault with intent to murder, and was convicted of the statutory offense of shooting at another. The evidence demanded the verdict, and the assignments of error as to various excerpts from the charge of the court are immaterial, because it is apparent, from the verdict, that none of the instructions of which complaint is made were prejudicial to the accused.

                                        *Judgment affirmed.*

DECIDED NOVEMBER 27, 1912.

Conviction of shooting at another; from Worth superior court—Judge Frank Park. April 24, 1912.

*Claude Payton,* for plaintiff in error.

*W. E. Wooten, solicitor-general,* contra.